In the Matter of OXFORD GROUP-MORAL RE-ARMAMENT, MRA, INC., Appellant, against HOGARTH S. SWEET et al., Constituting the Board of Review of the Town of New Castle, Respondents.

In the Matter of OXFORD GROUP-MORAL RE-ARMAMENT, MRA, INC., Appellant, against MAYNARD ALLEN et al., Constituting the Board of Assessors of the Town of North Castle, Respondents.

Argued April 19, 1955; decided July 8, 1955.

746

*Lester D. Stickles, Joseph Scott* and *J. Francis Hayden* for appellant.

*Roderick B. Travis, Town Attorney,* for Hogarth S. Sweet and others, respondents.

*William Scott, II,* for Maynard Allen and others, respondents.

Orders of the Appellate Division reversed and those of Special Term reinstated, with costs in this court and in the Appellate Division, upon the ground that the weight of the evidence supports the findings of the Official Referee that the premises of the appellant in both towns are used exclusively for exempt purposes, but that appellant is not a " family " or a " church or other place of worship ", so as to conform to the zoning ordinance of the Town of New Castle. We have considered the other points raised and conclude that the Official Referee reached the correct result. No opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.